429 A.2d 736

Commonwealth v. Taggert, Appellant.

Petition for Allowance of Appeal Denied May 4, 1981.

Argued December 5, 1979.   Daniel A. Rendine, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

429 A.2d 736

Commonwealth ex rel. Moser v. Burns, Appellant.

Argued March 10, 1980.   Ronald J. Karasek, for appellant; James C. Hogan, submitted a brief on behalf of appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed.

SPAETH, J. concurred in the result.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.